FILED

11/02/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0167

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0167

SARAH RAE MCKNIGHT,

      Petitioner and Appellant,

  v.

STATE OF MONTANA,

      Respondent and Appellee.

**ORDER**

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including December 14, 2022, within which to prepare, file, and serve Appellant's opening brief on appeal.

.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 2 2022